**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 484 MAL 2016

              Respondent                 :

                                     :   Petition for Allowance of Appeal from

                                     :   the Order of the Superior Court

           v.                        :

                                     :

ROBERT HARRY THOMAS,           :

              Petitioner                :

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal and Motion to Answer are DENIED.